Leanda MUHONEN, Relator,

v.

NEW HORIZON ACADEMY and Travelers Indemnity Company of America, Respondents,

Suburban Radiologic Consultants, UCare, Center for Diagnostic Imaging, and Medical Advanced Pain Specialists, Intervenors.

No. A15–1239.

Supreme Court of Minnesota.

Jan. 27, 2016.

Leanda Muhonen, Chanhassen, Minnesota, pro se.

Matthew C. Kopp, Kelly R. Rodieck & Associates, Saint Paul, Minnesota, for respondents.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on July 1, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____

David L. Lillehaug
Associate Justice